

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2015

No. 04-14-00667-CV

Ramiro and Edna Ramos, and Federico Salazar, Jr.,
Appellant

v.

The Unknown Heirs of Tomasa Gonzalez and Narciso Gonzalez,
Appellee

Trial Court Case No. DC-09-559

# O R D E R

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on October 13, 2015, to the following panel: Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on August 28, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this August 28, 2015.

_____
Keith E. Hottle, Clerk